IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS A. MARKOS; CAROL J. MARKOS, <br><br>     Plaintiffs, <br><br>  vs. <br><br> BEN ALVORD; FIVE MOUNTAIN CONSTRUCTION LLC; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 1-20, <br><br>     Defendants. | CIVIL NO. 10-00743 JMS-KSC <br><br> SUPPLEMENT TO FINDINGS AND RECOMMENDATION THAT DEFENDANT BEN ALVORD BE HELD IN CONTEMPT |

SUPPLEMENT TO FINDINGS AND RECOMMENDATION THAT
DEFENDANT BEN ALVORD BE HELD IN CONTEMPT

On July 22, 2011, the Court issued a Findings and Recommendation that Defendant Ben Alvord be Held in Contempt ("F&R"), wherein the Court recommended that the district court award Plaintiffs Dennis and Carol Markos (collectively "Plaintiffs") reasonable attorneys' fees and costs as a compensatory sanction. The Court directed Plaintiffs' counsel to submit a declaration in conformance with Local Rule 54.3(d) setting forth the reasonable fees and costs incurred in

connection with the judgment debtor examination and OSC hearing. On July 27, 2011, Randall Schmitt, Esq., filed a Declaration in support of fees and costs incurred in connection with the judgment debtor examination and OSC hearing.

Plaintiffs request $540.00 in attorneys' fees and costs in connection with the judgment debtor examination and the OSC hearing, which represents 3 hours of work completed by Jordon Kimura, Esq., at an hourly rate of $180.00. After reviewing the timesheet submitted by Mr. Schmitt, the Court finds that the number of hours expended on the judgment debtor examination and OSC hearing are reasonable. However, the Court finds that the requested $180.00 hourly rate is slightly excessive. Based on this Court's knowledge of the community's prevailing rates, the hourly rates generally granted by the Court, and the Court's familiarity with this case, a reasonable hourly rate for an attorney with Mr. Kimura's 2 years of experience is $150.00.

In accordance with the foregoing, the Court HEREBY FINDS that Plaintiffs are entitled to $450.00 in attorneys' fees, and RECOMMENDS that $450.00 be awarded as a compensatory sanction.

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, August 1, 2011.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 10-00743 JMS-KSC; MARKOS, ET AL. V. ALVORD, ET AL.; SUPPLEMENT TO FINDINGS AND RECOMMENDATION THAT DEFENDANT BEN ALVORD BE HELD IN CONTEMPT