IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS A. MARKOS; CAROL J. MARKOS, | ) CIVIL NO. 10-00743 JMS/KSC |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| BEN ALVORD, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER ADOPTING SUPPLEMENT TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Supplement to Findings and Recommendation having been filed and served

on all parties on August 2, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 22, 2011.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge